Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DAVID CYUSA | § | Case No. 24-40047-MXM-7 |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
## TURNOVER OF NON-EXEMPT ASSETS

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

Behrooz P. Vida, Chapter 7 Trustee ("Trustee"), in the above-referenced case, files this *Chapter 7 Trustee's Motion to Compel Turnover of Non-Exempt Assets* (the "Motion"), against David Cyusa ("Debtor") and respectfully represents as follows:

### NOTICE

**NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10th ST., FORT WORTH, TEXAS 76102-3643 BEFORE CLOSE OF BUSINESS ON JUNE 9, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE**

**NOTICED ACTION MAY BE TAKEN.**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and 157.

2. This is a core Proceeding.

3. This Motion is brought pursuant to 11 U.S.C. §§ 521, 704(a) and Bankruptcy Rule 9014.

## FACTS

4. On January 3, 2024, Debtor filed Chapter 7 Bankruptcy (the "Petition Date").

5. Behrooz P. Vida was appointed Chapter 7 Trustee (the "Trustee").

6. The first Section 341 meeting of creditors was held on February 13, 2024 and was continued to March 5, 2024.

7. The continued first section 341 meeting of creditors was held on March 5, 2024 and continued to April 17, 2024.

8. The continued first section 341 meeting of creditors was held on April 17, 2024 and continued to May 6, 2024.

9. The continued first section 341 meeting of creditors was not held on May 6, 2024 due to Debtor's failure to appear. An Order to appear and Show Cause was issued on May 15, 2024 [ECF #18].

10. On June 5, 2024, Debtor filed a response to the show cause order [ECF#23].

11. The show cause is still pending even though the dispute on Debtor's failure to appear was resolved.

12. To date, Debtor has failed to turnover the following non-exempt assets:

    i. $950.00 on deposit at Wells Fargo, and

    ii. $2,481.00 2023 tax refund.

13. As a result of Debtor's failure to provide the requested Documents, Trustee is not able to administer the bankruptcy estate.

14. The Trustee requests that the Debtor be ordered to turn over the full amount of the non-exempt assets totaling $3,431.00.

15. Trustee seeks the sum of $650.00 in legal fees for having to prosecute this Motion.

## PRAYER

For the foregoing reasons, the Trustee respectfully requests that the Court grant the Motion to Compel on behalf of the bankruptcy estate, award fees, and grant such other or further relief as it deems just and proper.

Respectfully submitted:

By: /s/ Behrooz P. Vida　　May 19, 2025
Behrooz P. Vida
State Bar No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
EMAIL: behrooz@vidtrustee.com
TEL: (817) 358-9977
FAX: (817) 358-9988

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first-class mail to the parties indicated below.

| | |
|---|---|
| Eric A. Liepins<br>Eric A. Lipiens, P.C.<br>12770 Coit Road, Ste 850<br>Dallas, Texas 75251 | Via ECF |
| Mr. David Cyusa<br>6312 Eagle Pier Way<br>Fort Worth, Texas 76179 | US Mail |

                                    /s/ Behrooz P. Vida    May 19, 2025
                                    Behrooz P. Vida