**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 24-40047-MXM | | Trustee Name: | Behrooz P. Vida |
| Case Name: | CYUSA, DAVID | | Date Filed (f) or Converted (c): | 01/03/2024 (f) |
| For the Period Ending: | 06/30/2025 | | §341(a) Meeting Date: | 02/13/2024 |
| | | | Claims Bar Date: | 10/24/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  6312 Eagle Pier Way Fort Worth TX, Tarrant County 76179 | $375,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 2  2020 nissan pathfinder Mileage: 80000 | $19,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 3  2014 toyota carolla Mileage: 150000 | $4,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 4  sofa. chairs, tables, beds, dressers, etc | $3,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 5  television, call phone computer | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 6  Clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 7  watch, (wife's jewelry) | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset or not property of estate. | | | | | |
| 8  Checking wells fargo | $900.00 | $900.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. | | | | | |
| 9  Checking Capital One | $50.00 | $50.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. | | | | | |
| 10  Acorn | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. Of inconsequential value to estate. | | | | | |
| 11  Kilamanjaro Express, LLc 100 % | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. Of inconsequential value to estate. | | | | | |
| 12  Bresset Home Care, LLC 100 % | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. Of inconsequential value to estate. | | | | | |
| 13  Term life insurance | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 14  2022 Tax Refund  (u) | $0.00 | $6,270.00 | | $6,270.00 | FA |
| **Asset Notes:** Property of estate. | | | | | |
| 15  2023 Tax refund  (u) | $0.00 | $2,481.00 | | $0.00 | $2,481.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 24-40047-MXM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | CYUSA, DAVID | Date Filed (f) or Converted (c): | 01/03/2024 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 02/13/2024 |
| | | Claims Bar Date: | 10/24/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: Property of estate. | | | | | |

**TOTALS (Excluding unknown value)** | | $406,450.00 | $9,701.00 | | $6,270.00 | Gross Value of Remaining Assets $2,481.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/04/2025 | Trustee has received the first payment under agreement with debtor on 2023 tax refund. |
| 06/11/2025 | Trustee reached a payment plan with the debtor on 2023 tax refund. |
| 05/12/2025 | Trustee will seek to compel debtor to turnover the remaining balance of non-exempt assets. |
| 02/11/2025 | Trustee made demand on Debtor to pay the balance owed to bankruptcy estate. |
| 12/20/2024 | Debtor is not current on his payment plan with bankruptcy estate. |
| 11/08/2024 | Debtor current on his payment plan with bankruptcy estate. |
| 09/04/2024 | Debtor current on his payment plan with bankruptcy estate. |
| 07/11/2024 | Trustee made demand for turnover of 2022 tax refund. |
| 07/11/2024 | Trustee and debtor agreed to a payment plan with respect to 2022 tax refund. |
| 05/30/2024 | Trustee followed up with debtor's counsel on tax returns for 2022 and 2023. |

**Initial Projected Date Of Final Report (TFR):** 07/01/2026    **Current Projected Date Of Final Report (TFR):** 07/01/2026

/s/ BEHROOZ P. VIDA
BEHROOZ P. VIDA